IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DONALD HILL, § | |
|     Petitioner, § | |
| § | 3:15-CV-725-M |
| v. § | 3:07-CR-289-M |
| § | |
| UNITED STATES OF AMERICA, § | |
|     Respondent. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made Findings, Conclusions and a Recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The Court notes that the word "tolling" was intended after "equitable" at the bottom of page 2 of the Findings, Conclusions and Recommendation.

It is hereby ORDERED that Petitioner's motion for reconsideration, (ECF No. 19), is DENIED.

SO ORDERED this 29 day of November, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE